# Court of Appeals
# of the State of Georgia

ATLANTA,    April 11, 2013

*The Court of Appeals hereby passes the following order:*

**A13A1064.  CASSINOVA HOUSTON v. THE STATE.**

Cassinova Houston was convicted of multiple counts of aggravated assault in 2009. In 2012, Houston filed a motion for a copy of his plea transcript at government expense. The trial court denied the motion, and Houston filed this direct appeal.

"[I]f no petition for habeas corpus is pending at the time an indigent prisoner makes any application for a transcript . . . for purposes of collateral attack upon his conviction or sentence, that application will be treated as a separate civil action subject to the procedures and requirements of the Prison Litigation Reform Act of 1996. Specifically, appeals from the denial of any such application for free transcripts for post-conviction collateral attack must comply with the discretionary appeal procedures of OCGA § 5-6-35." *Coles v. State*, 223 Ga. App. 491, 492 (1) (477 SE2d 897) (1996); see OCGA § 42-12-8. Because Houston failed to follow the discretionary appeal procedure as required here, his appeal is DISMISSED for lack of jurisdiction.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 04/11/2013
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*


, *Clerk.*